### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

CRYSTAL BIGELOW-WELLS                                                                PLAINTIFF

v.                                        4:14CV00043-BRW-JJV

SCOTT BRADLEY, *et. al.*                                                            DEFENDANTS

### ORDER

Crystal Bigelow-Wells filed this lawsuit *pro se* and is currently proceeding *in forma pauperis* (Doc. Nos. 1, 5). The Court has screened her claims as required by statute. 28 U.S.C. § 1915A. For screening purposes, Ms. Bigelow-Wells has stated a claim against Defendant Brandon Ragland. Service is not proper for any other Defendant. The Court will address Ms. Bigelow-Wells' claims against them in a separate recommendation.

The Clerk of Court shall prepare a Summons for Defendant Ragland. The United States Marshal shall serve a copy of the Complaint (Doc. No. 1) and a Summons for Defendant Ragland without requiring prepayment of fees and costs or security. Service for Defendant Ragland should be through the Van Buren County Detention Center, 184 Detention Center Drive, Clinton, AR 72031.

IT IS SO ORDERED this 7th day of May, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE