IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CRYSTAL BIGELOW-WELLS**                                                                                    **PLAINTIFF**

**VS.**                                            **4:14-CV-00043-BRW-JJV**

**SCOTT BRADLEY;** *et al.*                                                                                  **DEFENDANTS**

### JUDGMENT

This case is DISMISSED without prejudice. The relief sought is denied.

I certify that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.[1]

IT IS SO ADJUDGED this 28th day of May, 2014.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See*, 28 U.S.C. § 1915(a)(3).

1