IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CRYSTAL BIGELOW-WELLS                                                                PLAINTIFF

VS.                                    4:14-CV-00043-BRW-JJV

BRANDON RAGLAND                                                                      DEFENDANT

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed and the time for doing so has passed.

After careful consideration, I adopt as my findings in all respects the Proposed Findings and Recommended Disposition.

Accordingly, Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

I certify under 28 U.S.C. § 1915(a)(3) that an in forma pauperis appeal from this Order and the subsequent Judgment would not be taken in good faith.

IT IS SO ORDERED this 23rd day of October, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE